### CALLEY ag[t] WILLIAMS

Hannah Calley Attourny to her husband Joseph Calley late Master of the Katch Loialty plaint. ag[t] Nathan[ll] Williams Defend[t] in an action of the case for that the s[d] Williams in the yeare. 1670. tooke into his custody from s[d] Calley bills in Barbados for two thousand and two hundred pounds Muscovado Sugar being for the acc[o] of s[d] Owners; which s[d] bills and Sugar the s[d] Williams still detaines in

his hand refuseing to make Satisfaction to the plaint$^s$ great detriment with interest and all due damages according to attachm$^t$ dat$^d$ July. 14th 1677. . . . The Jury . . . found for the plaint. that the Defend$^t$ do deliver the Sugar or bills Sued for within four months or pay Fifty pounds mony and costs of Court The Defend$^t$ appealed from this Judgem$^t$ unto the next Court of Assistants and himselfe principall in £.50. and John Walley and Joseph Webb Sureties in £.25. apeice acknowledged themselves respectively bound . . . on condition the s$^d$ Nathanael Williams should prosecute his appeale . . .

[ The file on this case yields a sheaf of business correspondence (S. F. 1618. 2, 4, 3):

M$^r$ Henry Taylor & Mrs Mehett$^{ble}$ Downes

Barbadoes Aprill 28th 1671

These may Serue at present to advise that m$^r$ Joseph Calley, Commander of your ketch, at his going from hence left me his atturney and ordered me to Send what J did receiue to you accordingly J haue now Sent you Three hh$^{ds}$ of Rum as per bill of lading & Jnvoice incloased appeares, & J shall J Suppose receiue more goods to Send you, for the Same acco$^t$, in the meane time, with my respects to you both, J take leaue and Rest

Your humble Servant
Nath$^{ll}$ Williams

. . . true Coppie. per Js$^a$ Addington Cler

Boston the 28th of Decemb$^r$ 1672

M$^r$ Nathanael Williams

After my kinde love vnto you hoping that these few Lines will finde you in as good health, as they do now leave me, praised be god for it, the Cause of my writing vnto you is, that my desire is that you will gett in them debts, that J did leaue with you you know what they are if you Can gett Mallassis doe, if not Rum or Sugar, or Cottonwoole, but if you Can gett mallassis pray doe. & gett it as Soone as possible you Can, for J do hope to See you about the midle of February, but if J am not there by that time J shall desire you for to Send them, home by the first oppertunity, that you Can, for if J am not there by that time J shall Come by the way of Virginia, and So it will be the Longer till J do Come, what you do Send, J shall desire you to Consigne it to m$^r$ John Poole in Boston, So J haue nothing else to trouble you at present, but leaving you to God J rest.

Yours to Serue in what J Can
Joseph Calley

Copia Vera attest$^r$ Js$^a$ Addington Cler

Novemb$^r$ y$^e$ 30th 1674

M$^r$ Nathanael Williams

J Expected you would ere this according to your promise haue bene with mee to haue Settled my adjus$^t$, but Since your occasions would not permitt you, and

that my vessell is going away, J request you will deliuer to the bearer, One hogsh^d of Rum, which J will allow vpon our acco^t, and if not So much due to me, the overplus shall be paid you in money, as now it is Sold by

Your friend to vse

Humphry Warren

M^r W^m Noyse

S^r Pray Deliuer to the bearer one barrel of rum, let the barrel be filled vp & take notice of the n^o & Contents of it & his receipt for the Same, on the acco^t of m^r Joseph Calley per order of m^r Humphrey Warren.

30th 9^ber 74

Yours: Nath^ll Williams

Jf there be Two barrels. let him haue them both.

Copia vera attest^r Js^a Addington Cler

The Court of Assistants (Records, i. 95) reversed the former judgment and awarded 29*s* costs to Williams.]